1   Mark D. Chernoff, State Bar No. 016420
    RIDENOUR, HIENTON & LEWIS, P.L.L.C.
2   201 North Central Avenue, Suite 3300
    Phoenix, Arizona  85004-1052
3   (602) 254-9900
    Firm E-mail:  designatedcontact@rhkl-law.com
4   Attorney E-mail:  mdchernoff@rhkl-law.com

5   Attorneys for Defendant U.S. Bank

6
                **IN THE UNITED STATES DISTRICT COURT**
7
                **FOR THE DISTRICT OF ARIZONA**
8

9   Bryce Easton,

10                          Plaintiff,                NO. CV 09-02601-PHX-SRB
            v.
                                                    **REQUEST FOR SEPARATE**
11  US Bank, N.A.; Wells Fargo Bank, N.A.;          **JUDGMENT DOCUMENT**
    Ashton Woods Mortgage, LLC; Mortgage
12  Electric Registration Systems, Inc.; John
    Does 1 - 1,000,
13
14                          Defendants.

15

16          Pursuant to Fed.R.Civ.P. 58 and L.R.Civ. 58, defendant U.S. Bank, N.A. ("U.S.
17
    Bank") hereby requests that the judgment in this case be set out in a separate document,
18
19  and that interest be included in the judgment.  The procedural background, basis for
20  requesting a separate form of judgment, and basis for interest are each detailed below.

21          …

22          …

23          …

24          …

25
            …
26

## I.    PROCEDURAL HISTORY.

This action was filed by plaintiff in the Maricopa County Superior Court on November 10, 2009.  The case was removed to the District Court. (Dkt. 1)  Various defendants filed motions to dismiss. (Dkt. 21 & 23)  Those motions were fully briefed and ruled upon.  The Court granted the motions to dismiss, but allowed plaintiff 30 days to file any amended complaint. (Dkt. 36)  Instead of filing an amended complaint, plaintiff dismissed the action without prejudice. (Dkt. 37)  As a result, defendants applied for awards of attorney fees and costs. (Dkt. 38 & 39)

The Court recently filed its ruling awarding attorney fees and costs to certain defendants. (Dkt. 50)  U.S. Bank now seeks to have its fee award documented in a separate form of judgment.  It also seeks to have interest included in the separate judgment document.

## II.    REQUEST FOR A SEPARATE FORM OF JUDGMENT.

The procedural rules set forth the process for entry of judgment. Fed.R.Civ.P. 58; and L.R.Civ. 58.  A separate document is not required for an award of attorney fees. Fed.R.Civ.P. 58(a)(3).  However, a party still has a permissive right to request a separate document. Fed.R.Civ.P. 58(d).

In the present action, the judgment granting attorney fees is part of a detailed ruling.  A simplified document will likely be of assistance in the future.  A simplified document will focus further collection proceedings on the ultimate award.  Such a document would streamline matters if the award needed to be domesticated or registered

in another jurisdiction.

### III.    INTEREST SHOULD BE INCLUDED.

In addition to simplicity, such a separate judgment document allows the Court to address interest.  As a matter of statute, "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court." 28 U.S.C 1961(1)(a).  By local rule, "[w]hen a judgment provides for an award of money, the form of judgment prepared must provide a space wherein the rate of interest can be entered by the Court on the date of entry at the rate then authorized pursuant to 28 U.S.C 1961(1)." L.R.Civ. 58.1(b). Interest should be added to the existing award of attorney fees in this case.

### Conclusion

With this filing, U.S. Bank lodges a proposed form of judgment.  It incorporates the attorney fee and cost awards, and provides the requisite blank for the Court to fill in the interest rate.  A simplified form of judgment will allow for efficient administration of collection and subsequent registrations.  A separate judgment can also include the applicable interest.  Therefore, U.S. Bank requests that its separate proposed form of judgment be entered.

…

…

…

…

- 3 -

1

Dated this 4th day of April, 2011.

2

RIDENOUR, HIENTON & LEWIS, P.L.L.C.

3

4

By  /s/ Mark D. Chernoff
Mark D. Chernoff
201 North Central Avenue, Suite 3300
Phoenix, Arizona  85004-1052
    Attorneys for Defendant U.S. Bank

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3         I hereby certify that on the 4th day of April, 2011, I used the CM/ECF System to
electronically transmit the foregoing document and any attachments to the U.S. District
4    Court Clerk's Office, and also to transmit a Notice of Electronic Filing to the following
CM/ECF registrants:

5

6                                   Beth K. Findsen, Esq.
                             Law Offices of Beth K. Findsen, PLLC
7                              7279 East Adobe Drive, Suite 120
                                 Scottsdale, Arizona 85032
8                                   beth@findsenlaw.com
                                   *Attorneys for Plaintiff*

9                                  Gregory J. Marshall, Esq.
                                   Michael J. Coccaro, Esq.
10                               SNELL & WILMER, L.L.P.
                          One Arizona Center 400 East Van Buren Street
11                               Phoenix, Arizona 85004-2202
                                   gmarshall@swlaw.com
12                        *Attorneys for Defendant Wells Fargo Bank,*
                            *N.A. and Ashton Woods Mortgage, LLC*

13

14
     By: /s/ Rachel Shapiro _____
15

16

17

18

19

20

21

22

23

24

25

26

- 5 -